NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRISTOBAL HERNANDEZ, Jr., | No. 23-16129 |
| Plaintiff-Appellant, | D.C. No. 2:11-cv-01945-JAT |
| v. | |
| JANICE K. BREWER, Governor of the State of Arizona, in her official capacity; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted August 20, 2024**

Before:    S.R. THOMAS, RAWLINSON, and COLLINS, Circuit Judges.

Cristobal Hernandez, Jr., appeals pro se from the district court's order

denying his motion requesting leave to file a motion for reconsideration in his

action alleging various federal and state law claims. We have jurisdiction under 28

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review for an abuse of discretion the application of a prefiling review order.  *In re Fillbach*, 223 F.3d 1089, 1090-91 (9th Cir. 2000).  We affirm.

The district court did not abuse its discretion by denying Hernandez's motion requesting leave to file a motion for reconsideration because the filing was within the scope of the district court's prefiling review order and Hernandez failed to demonstrate grounds for reconsideration.  *See* D. Ariz. L.R. Civ. 7.2(g)(1) (setting forth grounds for reconsideration).

A prior panel of this court affirmed the district court's underlying judgment entered on September 10, 2013, and we will not reconsider that decision.  *See Hernandez v. Brewer*, 658 F. App'x 837 (9th Cir. 2016); *see also S. Or. Barter Fair v. Jackson County*, 372 F.3d 1128, 1136 (9th Cir. 2004) ("The law of the case doctrine . . . precludes a court from reexamining an issue previously decided by the same court . . . .").

To the extent that Hernandez attempts to appeal post-judgment orders entered by the district court prior to July 22, 2023, we lack jurisdiction because Hernandez failed to file a timely notice of appeal.  *See* Fed. R. App. P. 4(a)(1)(A) (notice of appeal must be filed within 30 days); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional).

23-16129

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Defendants County of Pinal, Walsh, Pinal County Board of Supervisors, Babeu, Gygax, Rimmer, and Barry's request for appellate attorney's fees, set forth in their answering brief, is denied without prejudice. *See* Fed. R. App. P. 38 (requiring a separate motion for fees and costs); *Winterrowd v. Am. Gen. Annuity Ins. Co.*, 556 F.3d 815, 828 (9th Cir. 2009) (a request made in an appellate brief does not satisfy Rule 38).

All other pending motions and requests are denied.

**AFFIRMED.**

23-16129